# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-26-00478-CV

---

**Mercedes-Benz Group, AG, Appellant**

**v.**

**Susan Brooke Taylor, Appellee**

---

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-1309-C368, THE HONORABLE SARAH SOELDNER BRUCHMILLER, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Mercedes-Benz Group, AG has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellant's Motion

Filed: June 30, 2026